UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                               CASE NO. 10 B 56302
                                     CHAPTER 13
RUDY TAPIA
YOLANDA ALVAREZ                      JUDGE JACK B SCHMETTERER

        DEBTORS                      **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO BANK NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 5 | XXXXXX8937 | $6,694.65 | $7,044.65 | $7,044.65 |
| Total Amount Paid by Trustee | | | | | $7,044.65 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit       **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case 10-56302   Doc 100   Filed 03/21/16   Entered 03/21/16 10:03:51   Desc Main
         Document      Page 2 of 2

CASE NO. 10-56302-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 21st day of March, 2016.

Debtor:
RUDY TAPIA
YOLANDA ALVAREZ
2619 W 35TH ST
CHICAGO, IL  60632

Attorney:
SMITH ORTIZ PC
4309 W FULLERTON
CHICAGO, IL  60639
via Clerk's ECF noticing procedures

Creditor:
WELLS FARGO BANK NA
1 HOME CAMPUS MAC#X2302 04C
DES MOINES, IA  50328

Mortgage Creditor:
WELLS FARGO BANK
% FREEDMAN ANSELMO
LINDBERG
1771 W DIEHL RD
PO BOX 3216
NAPERVILLE, IL  60563-1890

Mortgage Creditor:
THE PRIVATE BANK & TRUST
% ZENOFF & ZENOFF
53 W JACKSON BLVD #1140
CHICAGO, IL  60604

ELECTRONIC SERVICE - United States Trustee


Date:  March 21, 2016

/s/ TOM VAUGHN
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603